UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:20-cr-8 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| MIKAELLA MARTINEZ GARCIA | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not-guilty plea as to Count Two; (2) accept Defendant's guilty plea as to Count Two; (3) adjudicate Defendant guilty of Count Two; and (4) order that Defendant remain in custody until sentencing in this matter. (Doc. 43.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 43) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not-guilty plea as to Count Two of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Two; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **May 19, 2021 at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**